# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   TEXAS

|  | **EXHIBIT LIST** |
|---|---|
| United States<br>V.<br>Marius Lazar | Case Number:  1:20-CR-78 |

| PRESIDING JUDGE<br>Marcia A. Crone | PLAINTIFF'S ATTORNEY<br>Christopher Rapp / Conor Mulroe | DEFENDANT'S ATTORNEY<br>Michael Babb / Donald Flanary, III |
|---|---|---|
| TRIAL DATE (S)<br>November 6, 2023 | COURT REPORTER<br>Ruth Weese | COURTROOM DEPUTY<br>Julia Colyer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | **Overt Act #1** |
| 1A |  |  |  |  | June 1, 2020 - Video of Text Messages Between DEA Undercover Officer and Wen Hui Cui (GGCS7438.mp4) |
| 1B |  |  |  |  | June 1, 2020 - Text Messages Between DEA Undercover Officer and Wen Hui Cui (GOV__00010250 – GOV_00010373) |
| 1C |  |  |  |  | May 31, 2020 - Text Messages Between DEA Undercover Officer and Wen Hui Cui (GOV_0018349) |
| 1D |  |  |  |  | May 31, 2020 - Text Messages Between DEA Undercover Officer and Wen Hui Cui (GOV_0018350) |
|  |  |  |  |  | **Overt Act #2** |
| 2A |  |  |  |  | June 1, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews (YIGF1469.mp4) |
| 2B |  |  |  |  | June 1, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV   00010223 – GOV  00010249) |
|  |  |  |  |  | **Overt Act #3** |
| 3A1 |  |  |  |  | June 4, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews  (WBBP2745.mp4) |
| 3A2 |  |  |  |  | June 4, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV   00010559 – GOV  00010576) |
| 3B1 |  |  |  |  | June 4, 2020 - Video of Text Messages Between DEA Undercover Officer and Marc Patrick Johnson (EATB7369.mp4) |
| 3B2 |  |  |  |  | June 4, 2020 - Text Messages Between DEA Undercover Officer and Marc Patrick Johnson (GOV__00010577 – GOV_00010646) |
|  |  |  |  |  | **Overt Act #4** |
| 4A1 |  |  |  |  | July 5, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews (OOCL3001.mp4) |
| 4A2 |  |  |  |  | July 5, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV   00003356 – GOV  00003378) |
| 4B1 |  |  |  |  | July 6, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews (SDNR9920.mp4) |
| 4B2 |  |  |  |  | July 6, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV__00003379 – GOV_00003431) |
|  |  |  |  |  | **Overt Act #5** |
| 5 |  |  |  |  | INTENTIONALLY LEFT BLANK |
|  |  |  |  |  | **Overt Act #6** |
| 6A1 |  |  |  |  | Audio – Meeting on July 21, 2020 (CCR_0006.wav) |

| | | | | | |
|---|---|---|---|---|---|
| 6A2 | | | | | Transcript for Audio – Meeting on July 21, 2020 (CCR_0006.wav) |
| 6B1 | | | | | Clip of Audio – Meeting on July 21, 2020 (CCR_0006.wav) (05:29 – 06:18) |
| 6B2 | | | | | Transcript of Clip of Audio – Meeting on July 21, 2020 (CCR_0006.wav) (05:29 – 06:18) |
| 6C1 | | | | | Clip of Audio – Meeting on July 21, 2020 (CCR_0006.wav) (09:54 – 10:10) |
| 6C2 | | | | | Transcript of Clip of Audio – Meeting on July 21, 2020 (CCR_0006.wav) (09:54 – 10:10) |
| 6D1 | | | | | Clip of Audio – Meeting on July 21, 2020 (CCR_0006.wav) (29:09 – END) |
| 6D2 | | | | | Transcript of Clip of Audio – Meeting on July 21, 2020 (CCR_0006.wav) (29:09 – END) |
| 6E1 | | | | | Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) |
| 6E2 | | | | | Transcript for Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) |
| 6F1 | | | | | Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (BEGINNING – 03:12) |
| 6F2 | | | | | Transcript of Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (BEGINNING – 03:12) |
| 6G1 | | | | | Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (05:26 – 06:18) |
| 6G2 | | | | | Transcript of Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (05:26 – 06:18) |
| 6H1 | | | | | Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (08:44 – 09:29) |
| 6H2 | | | | | Transcript of Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (08:44 – 09:29) |
| 6I1 | | | | | Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (10:20 – 10:55) |
| 6I2 | | | | | Transcript of Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (10:20 – 10:54) |
| 6J1 | | | | | Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (13:34 – 14:37) |
| 6J2 | | | | | Transcript of Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (13:34 – 14:37) |
| 6K1 | | | | | Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (17:06 – 18:04) |
| 6K2 | | | | | Transcript of Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (17:06 – 18:04) |
| 6L1 | | | | | Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (25:33 – 25:57) |
| 6L2 | | | | | Transcript of Clip of Audio – Meeting with Murray Michael Matthews (CCR_0007.wav) (25:33 – 25:56) |
| 6M1 | | | | | Audio – Meeting on July 21, 2020 (CCR_0008.wav) |
| 6M2 | | | | | Transcript for Audio – Meeting on July 21, 2020 (CCR_0008.wav) |
| 6N1 | | | | | Clip of Audio – Meeting on July 21, 2020 (CCR_0008.wav) (12:50 – 13:44) |
| 6N2 | | | | | Transcript of Clip of Audio – Meeting on July 21, 2020 (CCR_0008.wav) (12:50 – 13:44) |
| 6O1 | | | | | Audio – Meeting on July 21, 2020 (CCR_0009.wav) |
| 6O2 | | | | | Transcript for Audio – Meeting on July 21, 2020 (CCR_0009.wav) |
| 6P1 | | | | | Clip of Audio – Meeting on July 21, 2020 (CCR_0009.wav) (08:58 – 10:46) |
| 6P2 | | | | | Transcript of Clip of Audio – Meeting on July 21, 2020 (CCR_0009.wav) (08:58 – 10:45) |
| 6Q1 | | | | | Clip of Audio – Meeting on July 21, 2020 (CCR_0009.wav) (18:07 – 18:51) |
| 6Q2 | | | | | Transcript of Clip of Audio – Meeting on July 21, 2020 (CCR_0009.wav) (18:07 – 18:51) |
| 6R1 | | | | | Clip of Audio – Meeting on July 21, 2020 (CCR_0009.wav) (27:32 – 28:07) |

| | | | | | |
|---|---|---|---|---|---|
| 6R2 | | | | | Transcript of Clip of Audio – Meeting on July 21, 2020 (CCR_0009.wav) (27:32 – 28:07) |
| 6S1 | | | | | Audio – Meeting on July 21, 2020 (CCR_0010.wav) |
| 6S2 | | | | | Transcript for Audio – Meeting on July 21, 2020 (CCR_0010.wav) |
| 6T1 | | | | | Clip of Audio – Meeting on July 21, 2020 (CCR_0010.wav) (14:18 – 15:03) |
| 6T2 | | | | | Transcript of Clip of Audio – Meeting on July 21, 2020 (CCR_0010.wav) (14:18 – 15:03) |
| | | | | | **Overt Act #7** |
| 7A | | | | | Audio: Phone call from July 23, 2020 (Calea 13 Septembrie.m4a) |
| 7B | | | | | Transcript for Audio: Phone call from July 23, 2020 (Calea 13 Septembrie.m4a) |
| | | | | | **Overt Act #8** |
| 8A1 | | | | | July 28, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (XBNX1846.mp4) |
| 8A2 | | | | | July 28, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews and Marius Lazar (GOV__00004026 – GOV_00004033) |
| 8B1 | | | | | Audio – Phone Call from July 24, 2020 (Strada Dinu Vintila.m4a) |
| 8B2 | | | | | Transcript for Audio – Phone Call from July 24, 2020 (Strada Dinu Vintila.m4a) |
| 8C1 | | | | | Audio – Phone Call from July 24, 2020 (Strada Dinu Vintila 2.m4a) |
| 8C2 | | | | | Transcript for Audio – Phone Call from July 24, 2020 (Strada Dinu Vintila 2.m4a) |
| | | | | | **Overt Act #9** |
| 9A | | | | | July 28, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (GVRM3873.mp4) |
| 9B | | | | | July 28, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00004026 – GOV_00004033) |
| | | | | | **Overt Act #10** |
| 10A | | | | | August 3, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews (QULB2819.mp4) |
| 10B | | | | | August 3, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV__00012123 – GOV_00012167) |
| | | | | | **Overt Act #11** |
| 11A | | | | | August 5, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GPTM4324.mp4) |
| 11B | | | | | August 5, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV__00012218 – GOV_00012256) |
| | | | | | **Overt Act #12** |
| 12A | | | | | August 7, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews (TTNK4803.mp4) |
| 12B | | | | | August 7, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV__00012257 – GOV_00012328) |
| | | | | | **Overt Act #13** |
| 13A | | | | | August 14, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (XORT4562.mp4) |
| 13B | | | | | August 14, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00012469 – GOV_00012641) |
| | | | | | **Overt Act #14** |
| 14A | | | | | August 14, 2020 - Video of Lazar Handing Cocaine and a Handgun to RNP |
| 14B | | | | | Evidence bag containing cocaine Marius Lazar gave RNP |
| 14C | | | | | Lab report of the Cocaine Marius Lazar gave RNP |

| | | | | | |
|---|---|---|---|---|---|
| 14D | | | | | Handgun Marius Lazar gave RNP |
| | | | | | **Overt Act #15** |
| 15A | | | | | August 19, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (COCK9663.mp4) |
| 15B | | | | | August 19, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00012750 – GOV_00012886) |
| | | | | | **Overt Act #16** |
| 16A | | | | | August 20, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews (FLWR1764.mp4) |
| 16B | | | | | August 20, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV__00012887 – GOV_00013016) |
| | | | | | **Overt Act #17** |
| 17A | | | | | August 21, 2020 - Video of Marius Lazar Handing a Bag to RNP Containing Information about Intended Murder Victim (Camera 1) |
| 17B | | | | | August 21, 2020 - Video of Marius Lazar Handing a Bag to RNP Containing Information about Intended Murder Victim (Camera 2) |
| | | | | | **Overt Act #18** |
| 18A | | | | | August 21, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (VQKT0967.mp4) |
| 18B | | | | | August 21, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00005326 – GOV_00005468) |
| | | | | | **Overt Act #19** |
| 19A | | | | | August 21, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews (TPLJ1263.mp4) |
| 19B | | | | | August 21, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV__00005313 – GOV_00005325) |
| | | | | | **Overt Act #20** |
| 20A | | | | | August 24, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews (AZVR7714.mp4) |
| 20B | | | | | August 24, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV__00005495 – GOV_00005546) |
| | | | | | **Overt Act #21** |
| 21A1 | | | | | August 28, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (GQSW1404.mp4) |
| 21A2 | | | | | August 28, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00013561 – GOV_00013615) |
| 21B1 | | | | | August 28, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (IHCQ7885.mp4) |
| 21B2 | | | | | August 28, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00013616 – GOV_00013638) |
| | | | | | **Overt Act #22** |
| 22A | | | | | August 29, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews (TLVA4960.mp4) |
| 22B | | | | | August 29, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV__00013639 – GOV_00013707) |
| | | | | | **Overt Act #23** |
| 23A | | | | | August 29, 2020 - Video of Text Messages Between DEA Undercover Officer and Wen Hui Cui (XNBQ9470.mp4) |

| | | | | | |
|---|---|---|---|---|---|
| 23B | | | | | August 29, 2020 - Text Messages Between DEA Undercover Officer and Wen Hui Cui (GOV__00013708 – GOV_00013861) |
| | | | | | **Overt Act #24** |
| 24A1 | | | | | August 31, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (XUQV0071.mp4) |
| 24A2 | | | | | August 31, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00013862 – GOV_00013920) |
| 24B1 | | | | | September 1, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (VDKH0824.mp4) |
| 24B2 | | | | | September 1, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00014072 – GOV_00014222) |
| | | | | | **Overt Act #25** |
| 25A | | | | | September 9, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (NIDG0505.mp4) |
| 25B | | | | | September 9, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00014579 – GOV_00014767) |
| 25C | | | | | September 9, 2020 - Video of Money Exchange between Marius Lazar and a RNP UC for $20,000 (09_09_2020_D1424__0137_20.59.08(09.09.20).cam1.avi) |
| 25D | | | | | Evidence bag from $20,000 Marius Lazar gave to RNP officer on September 9, 2020, as partial payment for 10 kilograms of cocaine |
| | | | | | **Overt Act #26** |
| 26A1 | | | | | September 10, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (CENI7337.mp4) |
| 26A2 | | | | | September 10, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00014866 – GOV_00015190) |
| 26B1 | | | | | September 11, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (PGYD2599.mp4) |
| 26B2 | | | | | September 11, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00015340 – GOV_00015444) |
| | | | | | **Overt Act #27** |
| 27A | | | | | September 13, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (KTWU2537.mp4) |
| 27B | | | | | September 13, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00015489 – GOV_00015612) |
| | | | | | **Overt Act #28** |
| 28A | | | | | September 16, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (ETEO7636.mp4) |
| 28B | | | | | September 16, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00015780 – GOV_00015836) |
| | | | | | **Overt Act #29** |
| 29A | | | | | September 17, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (JUMP1873.mp4) |
| 29B | | | | | September 17, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00015837 – GOV_00015897) |
| 29C | | | | | September 18, 2020 - Video of Lazar delivering $130,000 to an RNP undercover as partial payment for 20 kilograms of cocaine |
| 29D | | | | | Evidence bag that contained the $130,000 Marius Lazar gave to RNP as partial payment for 20 kilograms of cocaine |
| 29E | | | | | Bags Lazar Used to Deliver $130,000 to a RNP Undercover |
| 29F | | | | | Evidence bag that held bags Lazar used to Deliver to a RNP Undercover |
| | | | | | **Overt Act #30** |
| 30A | | | | | September 21, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (QFTP3543.mp4) |

| | | | | | |
|---|---|---|---|---|---|
| 30B | | | | | September 21, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00016039 – GOV_00016100) |
| | | | | | **Overt Act #31** |
| 31A | | | | | September 26, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (CZVA0804.mp4) |
| 31B | | | | | September 26, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00017312 – GOV_00017638) |
| | | | | | **Overt Act #32** |
| 32 | | | | | INTENTIONALLY LEFT BLANK |
| | | | | | **Overt Act #33** |
| 33A | | | | | September 27, 2020 - Video of Text Messages Between DEA Undercover Officer and Marc Patrick Johnson (09-27-2020 approx 808 AM, JOHNSON.mp4) |
| 33B | | | | | September 27, 2020 - Text Messages Between DEA Undercover Officer and Marc Patrick Johnson (GOV__00017674 – GOV_00017726) |
| | | | | | **Overt Act #34** |
| 34A | | | | | September 28, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (KBXC5137.mp4) |
| 34B | | | | | September 28, 2020 - Text Messages Between DEA Undercover Officer and Marius Lazar (GOV__00017916 – GOV_00018230) |
| | | | | | **Overt Act #35** |
| 35A | | | | | September 28, 2020 - Video of Text Messages Between DEA Undercover Officer and Murray Michael Matthews (PKAC3225.mp4) |
| 35B | | | | | September 28, 2020 - Text Messages Between DEA Undercover Officer and Murray Michael Matthews (GOV__00017727 – GOV_00017915) |
| | | | | | **Overt Act #36** |
| 36 | | | | | October 9, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (10-09-20 901 AM LAZAR.mp4) |
| | | | | | **Overt Act #37** |
| 37 | | | | | October 12, 2020 - Video of Text Messages Between DEA Undercover Officer and Marius Lazar (10-12-20 1138 AM LAZAR.mp4) |
| | | | | | **Overt Act #38** |
| 38 | | | | | October 14, 2020 – Video of Text Messages Between DEA Undercover Officer and Marc Patrick Johnson (10-14-20 *** PM JOHNSON.mp4) |
| | | | | | **Miscellaneous** |
| 39 | | | | | November 18, 2020 – Photos from Hells Angels Clubhouse where Marius Mazar and Other Members were Arrested |
| 40A1 | | | | | October 13, 2020 – Audio of a Phone Call Between Marius Lazar and DEA Undercover (1) |
| 40A2 | | | | | Transcript of October 13, 2020 – Audio of a Phone Call Between Marius Lazar and DEA Undercover (1) |
| 40B1 | | | | | October 13, 2020 – Audio of a Phone Call Between Marius Lazar and DEA Undercover (2) |
| 40B2 | | | | | Transcript of October 13, 2020 – Audio of a Phone Call Between Marius Lazar and DEA Undercover (2) |
| 40C1 | | | | | October 13, 2020 – Audio of a Phone Call Between Marius Lazar and DEA Undercover (3) |
| 40C2 | | | | | Transcript of October 13, 2020 – Audio of a Phone Call Between Marius Lazar and DEA Undercover (3) |
| 41A1 | | | | | October 28, 2020 – Audio of a Phone Call Between Marius Lazar and DEA Undercover (1) |
| 41A2 | | | | | Transcript of October 28, 2020 – Audio of a Phone Call Between Marius Lazar and DEA Undercover (1) |

| | | | | | |
|---|---|---|---|---|---|
| 41B1 | | | | | October 28, 2020 – Audio of a Phone Call Between Marius Lazar and DEA Undercover (2) |
| 41B2 | | | | | Transcript of October 28, 2020 – Audio of a Phone Call Between Marius Lazar and DEA Undercover (2) |
| 42 | | | | | November 7, 2020 – Text Exchange between DEA Undercover and Murray Michael Matthews |
| 43A | | | | | November 14, 2020 – Audio of a Phone Call between DEA Undercover Officer and Marius Lazar |
| 43B | | | | | Transcript of November 14, 2020 – Audio of a Phone Call between DEA Undercover Officer and Marius Lazar |
| 44A | | | | | November 16, 2020 – Audio of a Phone Call between DEA Undercover Officer and Marius Lazar |
| 44B | | | | | Transcript of November 16, 2020 – Audio of a Phone Call between DEA Undercover Officer and Marius Lazar |
| 45A | | | | | November 17, 2020 – Audio of a Meeting between Marius Lazar, Murray Michael Matthews, and Marc Patrick Johnson at a Hotel in Bucharest, Romania (1) |
| 45B | | | | | Transcript of November 17, 2020 – Audio of a Meeting between Marius Lazar, Murray Michael Matthews, and Marc Patrick Johnson at a Hotel in Bucharest, Romania (1) |
| 45C | | | | | November 17, 2020 – Audio of a Meeting between Marius Lazar, Murray Michael Matthews, and Marc Patrick Johnson at a Hotel in Bucharest, Romania (2) |
| 45D | | | | | Transcript of November 17, 2020 – Audio of a Meeting between Marius Lazar, Murray Michael Matthews, and Marc Patrick Johnson at a Hotel in Bucharest, Romania (2) |
| 45E | | | | | November 17, 2020 – Audio of a Meeting between Marius Lazar, Murray Michael Matthews, and Marc Patrick Johnson at a Hotel in Bucharest, Romania (3) |
| 45F | | | | | Transcript of November 17, 2020 – Audio of a Meeting between Marius Lazar, Murray Michael Matthews, and Marc Patrick Johnson at a Hotel in Bucharest, Romania (3) |
| 45G | | | | | November 17, 2020 – Audio of a Meeting between Marius Lazar, Murray Michael Matthews, and Marc Patrick Johnson at a Hotel in Bucharest, Romania (4) |
| 45H | | | | | Transcript of November 17, 2020 – Audio of a Meeting between Marius Lazar, Murray Michael Matthews, and Marc Patrick Johnson at a Hotel in Bucharest, Romania (4) |
| 46A | | | | | November 18, 2020 – Audio of a Meeting between DEA Undercover, Marius Lazar, and Murray Michael Matthews |
| 46B | | | | | Transcript of November 18, 2020 – Audio of a Meeting between DEA Undercover, Marius Lazar, and Murray Michael Matthews |
| 47 | | | | | DEA Undercover Bank Account Activity |
| 48 | | | | | Photos of Defendants |
| 49 | | | | | November 17, 2020 – Screenshots of Bitcoin Wallet Containing 12.9308 Bitcoin that Johnson used to Attempt to Pay for Cocaine |
| 50A | | | | | Hells Angels Motorcycle Club Vest Seized from Marius Lazar's Residence |
| 50B | | | | | Hells Angels Motorcycle Club Costa Blanca Spain Shirt Seized from Marius Lazar's Residence |
| 50C | | | | | Hells Angels Motorcycle Club Poland Shirt Seized from Marius Lazar's Residence |
| 50D | | | | | Hells Angels Motorcycle Club Turkey Shirt Seized from Marius Lazar's Residence |
| 50E | | | | | Hells Angels Motorcycle Club Finland Shirt Seized from Marius Lazar's Residence |
| 50F | | | | | Hells Angels Motorcycle Club Black Sea Shirt Seized from Marius Lazar's Residence |
| 50G | | | | | Hells Angels Motorcycle Club "Marius" Shirt Seized from Marius Lazar's Residence |
| 51A | | | | | Hells Angels Motorcycle Club Memorabilia Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 51B | | | | | Hells Angels Motorcycle Club Plaque (1) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 51C | | | | | Hells Angels Motorcycle Club Plaque (2) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 51D | | | | | Hells Angels Motorcycle Club Plaque (3) Seized from Hells Angels Clubhouse in Bucharest, Romania |

| | | | | | |
|---|---|---|---|---|---|
| 51E | | | | | Hells Angels Motorcycle Club Plaque (4) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 51F | | | | | Hells Angels Motorcycle Club Plaque (5) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 51G | | | | | Hells Angels Motorcycle Club Plaque (6) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 51H | | | | | Hells Angels Motorcycle Club Plaque (7) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 51I | | | | | Hells Angels Motorcycle Club Plaque (8) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 51J | | | | | Hells Angels Motorcycle Club Plaque (9) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 51K | | | | | Hells Angels Motorcycle Club Plaque (10) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 51L | | | | | Hells Angels Motorcycle Club Plaque (11) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 52A | | | | | Hells Angels Motorcycle Club Jacket (1) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 52B | | | | | Hells Angels Motorcycle Club Jacket (2) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 52C | | | | | Hells Angels Motorcycle Club Jacket (3) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 52D | | | | | Hells Angels Motorcycle Club Jacket (4) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 52E | | | | | Hells Angels Motorcycle Club Jacket (5) Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 52F | | | | | Hells Angels Motorcycle Club Prospect Jacket Seized from Hells Angels Clubhouse in Bucharest, Romania |
| 53A | | | | | November 18, 2020 – Video of Meeting between DEA Undercover Officer, Murray Michael Matthews, and Marc Patrick Johnson and Arrest of Matthews and Johnson (1) |
| 53B | | | | | Transcript of November 18, 2020 – Video of Meeting between DEA Undercover Officer, Murray Michael Matthews, and Marc Patrick Johnson and Arrest of Matthews and Johnson (1) |
| 53C | | | | | November 18, 2020 – Video of Meeting between DEA Undercover Officer, Murray Michael Matthews, and Marc Patrick Johnson and Arrest of Matthews and Johnson (2) |
| 53D | | | | | Transcript of November 18, 2020 – Video of Meeting between DEA Undercover Officer, Murray Michael Matthews, and Marc Patrick Johnson and Arrest of Matthews and Johnson (2) |