UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:20-cr-00078-MAC-CLS-3 |
| | § | |
| MARIUS LAZAR | § | |

**MOTION TO EXCLUDE ANY GOVERNMENT WITNESSES AT TRIAL**

**TO THE HONORABLE MARCIA A. CRONE, UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF TEXAS, BEAUMONT DIVISION:**

NOW COMES MARIUS LAZAR, Defendant in the above-entitled and numbered case, by and through his Undersigned Counsel, Donald H. Flanary, III., and hereby files this Motion to Exclude any Government Witnesses at Trial. For good cause in support thereof, Defendant would respectfully show this Honorable Court as follows:

1. Defendant Marius Lazar stands charged by a First Superseding Indictment with the offenses of Count One: Racketeering Conspiracy in violation of 18 U.S.C. § 1962; Count Two: Conspiracy to Import and Export Cocaine and to Manufacture and Distribute Cocaine Intending, Knowing, and with the Reason to Believe that the Cocaine will be Unlawfully Imported into the United States in violation of 21 U.S.C. § 963; and Count Three: Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956. The Indictment also includes a Notice of Intention to Seek Criminal Forfeiture.

2. On June 2, 2023, this Court filed an Amended Pretrial Order and ordered, among other deadlines, that by 12 p.m. on October 16, 2023, Defense Counsel and Counsel for the Government were to "Each provide the court a list of witnesses, a list of exhibits anticipated to be introduced during trial, and a copy of each marked

1

exhibit." *See* Dkt. No. 59.

3. As of the time of this filing, it is past the 12 p.m. deadline for witness lists and the Government has failed to file any proposed witnesses lists nor deliver the same to Defense Counsel.

4. This case is set for Trial on November 6, 2023, less than 21 days from the date of the filing of this Motion.

5. Because the deadline to file a witness list has passed, Defendant respectfully requests this Court to exclude any Government witnesses at trial.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Marius Lazar respectfully prays that, for the above-mentioned reasons, this Honorable Court enter an order excluding any Government witnesses at trial; or in the alternative, that this Court schedule this matter for a hearing on the merits and that at such hearing this Motion will be in all things granted.

Respectfully submitted,

FLANARY LAW FIRM, PLLC
One International Center
100 NE Loop 410, Suite 650
San Antonio, Texas 78216
Tel: (210) 738-8383
Fax: (210) 728-3438

BY: */s/ Donald H. Flanary, III.*
    Donald H. Flanary, III.
    State Bar No. 24045877

ATTORNEY FOR DEFENDANT,
Marius Lazar.

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the above and foregoing document was electronically sent *via* CM/ECF to Christopher Rapp, Assistant United States Attorney, on <u>October 16, 2023.</u>

<u>*/s/ Donald H. Flanary, III.*</u>
Donald H. Flanary, III.

**CERTIFICATE OF CONSULTATION**

This is to certify that the undersigned counsel conferred with the Assistant United States Attorney regarding this motion and:

\_\_\_\_\_ He does not oppose it.

\_\_X\_\_ He does oppose it.

\_\_\_\_\_ Our attempts to resolve it were unsuccessful.

\_\_\_\_\_ Counsel were able to agree regarding the motion as follows: _____

\_\_\_\_\_ Counsel's attempt to contact the Government was unsuccessful.

<u>*/s/ Donald H. Flanary, III.*</u>
Donald H. Flanary, III.