| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 1:20-CR-78(3)
§
MARIUS LAZAR §

## REFERRAL ORDER

Defendant Marius Lazar's Motion for a Rule 104(a) Hearing Concerning ATF Agent Jeremy Scheetz (#73) is referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration, hearing, and determination.  *See* 28 U.S.C. § 636(b); E.D. TEX. CRIM. R. 59(d).

SIGNED at Beaumont, Texas, this 16th day of October, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE