

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DIVISION <u>Beaumont</u> | Date:   October 19, 2023 |
| U.S. Magistrate Judge Christine L. Stetson | TIME   <u>2:03 p.m. – 5:41 p.m.</u> |
| UNITED STATES OF AMERICA<br>     *Plaintiff* | Reporter/FTR:  <u>Sherré White</u><br>C/Deputy:   <u>Sherré White</u> |
| v | CASE NO.:   <u>1:20cr78-3</u> |
| MARIUS LAZAR a/k/a Mario<br>     *Defendants* | |

ATTORNEYS FOR GOVERNMENT:  <u>Chris Rapp & Conor Mulroe</u>

ATTORNEYS FOR DEFENDANT:  <u>Jason Babb & Donald Flanary</u>

<u>LAW CLERK:</u>               Interpreter:  Antonella Georgesu

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS:  *Court Began: 2:03 p.m.*   The court called the above case for a Daubert hearing on the MOTION for Hearing *Pursuant to Rule 104(a) Concerning ATF Agent Jeremy Scheetz* by Marius Lazar (doc. 73).  Conor Mulroe with the government called Agent Jeremy Scheetz to testify.  The witness is sworn by the court.  The government offered Exhibit 1 (Expert Notice) and Exhibit 2 (ATF Agent Jeremy Scheetz CV) for the record.  The defendant has no objections to the exhibits.  The court admits Government Exhibits 1 & 2 into evidence.  Direct by the government of the Witness, Jeremy Scheetz.  The witness provides qualification, training, and job duties with the focus on Outlaw Motorcycle Gangs (OMG). 2:32 p.m.  Donald Flanary with the defendant crossed the witness on the documents used to reach his opinions on the Hells Angels and Hells Angels – Romanian.  3:07 p.m. Discussed founding member, Sonny Barger and his roll in the Hells Angels organization along with the patches. 3:08 p.m.  Government objects to relevance.  3:09 p.m. Defendant responds.   The court responds that the court needs to focus on the relevance and liability specifically the Romanian charter.  3:11 p.m. The

court has questions regarding the expert reports …..   3:15 p.m. Mr. Flanary responds to the court.  3:21 p.m.  The Government responds that the government could remove the certain items off the expert report.  3:34 p.m. Court recessed - 3:33 p.m.  Court resumed.  The government will excluded 12, 13, 15, 16 and 23 in its entirety.   3:58 p.m.  Continued cross of the witness by the defendant.   4:31 p.m.  Re-direct by the Government. 5:12 p.m.  Nothing further from defense at this time.  5:12 p.m.  The court questions the Government as to the seized documents the witness testified to and were they produced.  Government responds. The court questions regarding Paragraph 20 (b) regarding charters. 5:16 p.m.  Government responds.   The government will strike that from the report.  Same question as to paragraph 31 – "rivalry territory disputes".  5:19 p.m.  Government responds.   5:23 p.m. Government questions the witness as to territory disputes with Hells Angels.  5:24 p.m.  Mr. Flanary questioned the witness regarding territory disputes and violence.   The court advised that she will not rule from the bench.   5:28 p.m. Government gives closing arguments. 5:34 p.m.  Defendant gives closing arguments.  5:41 p.m.  The court will take the under advisement and will try to have an order out by Wednesday.  The government will submit as notice and include the expert report submitted in the Northern District of California in *United States  vs Jonathan Nelson* (3:17cr533) before Judge Chen.  5:41 p.m. Court adjourned.